IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK HENDERSON
ADC #78763                                                                    PLAINTIFF

v.                      Case No. 5:17-cv-00300-KGB-JJV

JAMES GIBSON, Warden,
Varner Unit, *et al*.                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Mark Henderson's claims are hereby dismissed without prejudice. The relief sought is denied. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith.

So adjudged this 2nd day of August, 2018.

Kristine G. Baker
United States District Judge